IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ISADORE SAMUEL MOORE**                                                 **PLAINTIFF**

**V.**                                **NO. 4:15-CV-145-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, and**
**BRENDA COOK**         **DEFENDANTS**

## ORDER CLOSING CASE

On January 16, 2018, Isadore Samuel Moore filed a "Notice of Settlement." Doc. #133. Accordingly, the Clerk of the Court is **DIRECTED** to administratively close this case pending the filing of a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED**, this 17th day of January, 2018.

                                                          **/s/Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**